CATHARINE KEATING, Respondent, v. JACOB GUNTHER, Appellant.

(Argued December 10, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 18, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury.

*William Van Amee* for appellant.

*William F. O'Neill* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

EDWARD McSORLEY, Respondent, *v.* BRIAN G. HUGHES et al., Impleaded, etc., Appellants.

(Argued December 10, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 8, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the County Court of Richmond County.

*Samuel Greenbaum* for appellants.

*Lyman L. Settel* and *Sidney F. Rawson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.